IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| KENNETH ROSSITER,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PHILADELPHIA and<br>CHARLES H. RAMSEY<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 13-3429<br>:<br>:<br>:  JURY TRIAL DEMANDED<br>: |

### ENTRY OF APPEARANCE

To the Clerk of Courts:

Kindly enter my appearance in the above-captioned matter as counsel for defendants Charles H. Ramsey and the City of Philadelphia in the above-captioned matter.

DATED: November 5, 2014

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Margaret J. Theranger
　　　　　　　　　　　　　　　　　　　MARGARET J. THERANER
　　　　　　　　　　　　　　　　　　　Assistant City Solicitor
　　　　　　　　　　　　　　　　　　　City of Philadelphia Law Department
　　　　　　　　　　　　　　　　　　　Labor and Employment Unit
　　　　　　　　　　　　　　　　　　　1515 Arch Street, 16th Floor
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　(215) 683-5077 (v)
　　　　　　　　　　　　　　　　　　　(215) 683-5099 (f)
　　　　　　　　　　　　　　　　　　　margaret.theranger@phila.gov
　　　　　　　　　　　　　　　　　　　PA ID: 314174

## CERTIFICATE OF SERVICE

I, MARGARET J. THERANGER, ESQUIRE, hereby certify that I caused a true and correct copy of attached Notice of Entry of Appearance, to be filed electronically and served upon the all counsel of record by electronic service via the court's ECF system

DATE: November 5, 2014          By:   */s/ Margaret J. Theranger*
                                        MARGARET J. THERANGER